NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 16a0266n.06

Case No. 14-4136

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 13, 2016
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| NANCY MAROUF; SAED MAROUF; NEHEDA MAROUF, | ) ) ) |
| Petitioners, | ) ) **ORDER on Request for** |
| | ) **Attorneys' Fees** |
| v. | ) ) |
| LORETTA E. LYNCH, Attorney General, | ) ) |
| Respondent. | ) ) ) |

Before: MERRITT, McKEAGUE, and WHITE, Circuit Judges.

Upon consideration of the request for attorneys' fees by counsel for the Marouf family, the Court has reviewed the request and the response by the government and hereby approves the amount of Five Thousand ($5,000.00) Dollars which should be awarded for attorneys' fees.

Accordingly, it is so ORDERED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk